| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A & S Entertainment, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allen Pinder** c/o Reginald A Mathis, Esq. Reginald A Mathis, LLC 303 SW 6th St., FL 3 PH East Fort Lauderdale, FL 33315-1027 | | Lawsuit pending in Miami-Dade County: Allen Pinder vs. A&S Entertainment - Case Number 2018-026470 | **Unliquidated Disputed** | | | $15,000.00 |
| **Areli Properties, LLC** c/o Richard C Wolfe, Esq. Wolfe Law Miami, P.A. 175 SW 7th St., Suite 2410 Miami, FL 33131 | | Lawsuit filed in Miami-Dade County & dismissed for lack of prosecution Areli Properties, LLC vs. A&S Entertainment - Case Number 15-013366 | **Contingent Unliquidated Disputed** | | | $300,000.00 |
| **Benjamin Marsh** c/o Alejandro M Garcia Steinger Greene & Feiner 2727 NW 62nd St. Fort Lauderdale, FL 33309-1721 | | Lawsuit pending in Miami-Dade County: Benjamin Marsh vs. A&S Entertainment - 2016-013127 | **Contingent Unliquidated Disputed** | | | $15,000.00 |
| **Breakthru Beverage Co.** 9801 Premier Parkway Miramar, FL 33025 | | | **Contingent Unliquidated** | | | $0.00 |

Debtor **A & S Entertainment, LLC**          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Christopher Nealy**  c/o Reginald A Mathis, Esq.  Reginald A Mathis, LLC  303 SW 6th St., FL 3 PH East  Fort Lauderdale, FL 33315-1027 | | **Lawsuit pending in Miami-Dade County: Christopher Nealy vs A&S Entertainment - Case Number 14-016860** | **Contingent Unliquidated Disputed** | | | $15,000.00 |
| **CRSJ, Inc.**  18320 NE 1st Court  Miami, FL 33179 | | **Lawsuit pending in Miami-Dade County: CRSJ, Inc. vs. A&S Entertainment, LLC - Case Number 2019-027656** | **Contingent Unliquidated Disputed** | | | $36,350.00 |
| **Florida Department of Revenue**  5050 W Tennessee St  Tallahassee, FL 32399-0100 | | **Sales and Use Tax** | **Contingent Disputed** | | | $1,764,655.70 |
| **Florida Power & Light Company**  c/o David M Lee, registered agent  700 Universe Blvd  Juno Beach, FL 33408 | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Lee & Tanise Athill**  c/o Stephanie Ducheine, Esq.  Lane & Ducheine, PL  930 S State Road 7  Plantation, FL 33317-4452 | | **Lawsuit pending in Miami-Dade County: Lee Athill and Tanise Athill vs. A&S Entertainment - Case Number 15-022456** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Linckendra Edwin as Personal Representat Estate of Jonathan Martinez**  c/o Jocelyn Santana  1111 Brickell Ave., Suite 2180  Miami, FL 33131-3103 | | **Lawsuit pending in Miami-Dade County: Linckendra Edwin b/o Jonathan Martinez vs A S Entertainment LLC, 2021-002709** | **Contingent Unliquidated Disputed** | | | $30,000.00 |

Debtor **A & S Entertainment, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PNC Bank**<br>**300 5th Ave**<br>**Pittsburgh, PA**<br>**15222** | | | **Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Republic National Bank**<br>**441 SW 12th Avenue**<br>**Deerfield Beach, FL 33442** | | | **Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Southern Wine and Spirits**<br>**2400 SW 145th Avenue**<br>**Suite 200**<br>**Miramar, FL 33027-4228** | | | **Unliquidated** | | | **$0.00** |