UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:
A & S ENTERTAINMENT, LLC          Case Number 21-14020-RAM
dba The Office                    Chapter 11
dba Club Pink Pussy Cat, Inc.

        Debtor.
_____/

SWORN STATEMENT OF
CIARA LATRICE JONES AS MANAGER FOR A & S ENTERTAINMENT, LLC

    I, Ciara Jones, manager for A & S Entertainment, LLC hereby attest and acknowledge that I do not have the following financial reports at this time:

Balance Sheet

Statement of Operations

Cash-flow Statement

Executed on May 5, 2021.

                                              By: _____
                                                 Ciara Latrice Jones