**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami-Dade Division**

In re:                                                                 Case No.: 21-14020-RAM

A & S ENTERTAINMENT, LLC
dba The Office
_____/

**OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claims filed in this case".

| Claim No | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2. | Lee Athill | $500,000.00 | This claim was filed as an unsecured claim. The Debtor objects to the allowance of the claim in any amount as the claim is disputed, contingent and |

1

|   |   |   |   |
|---|---|---|---|
|   |   |   | unliquidated and should be disallowed in this matter. To the extent there is insurance which covers this claim, the claimant should be allowed to proceed against the insurance company. RECOMMENDATION: disallow claim |
| 3. | Tanice Athill | $500,000.00 | This claim was filed as an unsecured claim. The Debtor objects to the allowance of the claim in any amount as the claim is disputed, contingent and unliquidated and should be disallowed in this matter. To the extent there is insurance which covers this claim, the claimant should be allowed to proceed against the insurance company. RECOMMENDATION: disallow claim. |
| 4. | AIG Property | $00.00 | This claim was filed as an unsecured claim. The Debtor objects to it as it is unliquidated and further discussions with the creditor revealed that no amount is due. RECOMMENDATION: disallow claim. |
| 5. | Kelsie Blash | $10,000,000.00 | This claim was filed as an unsecured claim. The Debtor objects to the allowance of the claim in any amount as the claim is disputed, contingent and unliquidated and should be disallowed in this matter. To the extent there is insurance which covers this claim, the claimant should be allowed to proceed against the insurance company. RECOMMENDATION: disallow claim. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was filed using CM/ECF and served on September 24, 2021: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF)

in this bankruptcy case and (ii) via First Class U.S. Mail on the parties on the attached Service List.

                    Moffa & Bierman
                    Attorneys for the Debtor-In-Possession
                    3081 E Commerical Blvd., Suite 204
                    Fort Lauderdale, FL 33308
                    Telephone   954-634-4733
                    FAX           954-337-0637
                    E-Mail: john@moffa.law

                    By: */s/ John A. Moffa*
                         John A. Moffa
                         FBN 0932760

**Service List**
Lee Athill
3320 NW 17th Court
Lauderhill, FL 33311

Tanice Athill
3320 NW 17th Court
Lauderhill, FL 33311

AIG Property Casualty, Inc.
Kevin J. Larner, authorized rep.
80 Pine Street, 13th Floor
New York, NY 10005

Kelsie Blash
c/o Bartlett Legal, PLLC
201 S Biscayne Blvd.,
28th Floor
Miami, FL 33131