**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami-Dade Division**

In re:                                                                            Case No.: 21-14020-RAM

A & S ENTERTAINMENT, LLC
dba The Office
_____/

**OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claims filed in this case".

| Claim No | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6. | CRSJ, Inc. | $215,510.00 | This claim was filed by the Debtor's Landlord. The Debtor disputes the amount sought in this claim in that it does not reflect any possible amount |

1

|   |   |   |   |
|---|---|---|---|
|   |   |   | due to the Landlord, pursuant to the indemnification terms of the lease of non-residential real property.   The Landlord seems to take the position that all fees, expenses and settlements in which it entered is somehow due from the Debtor.   This assertion is incorrect under Florida Law and the Debtor objects to the allowance of this claim in any amount.<br>RECOMMENDATION: disallow claim |
| 7. | Christopher Nealy | $250,000.00 | This claim was filed as an unsecured claim.   The Debtor objects to the allowance of the claim in any amount as the claim is disputed, contingent and unliquidated and should be disallowed in this matter.   To the extent there is insurance which covers this claim, the claimant should be allowed to proceed against the insurance company.<br>RECOMMENDATION: disallow claim. |
| 8. | Allen Pinder | $250,000.00 | This claim was filed as an unsecured claim.   The Debtor objects to the allowance of the claim in any amount as the claim is disputed, contingent and unliquidated and should be disallowed in this matter.   To the extent there is insurance which covers this claim, the claimant should be allowed to proceed against the insurance company.<br>RECOMMENDATION: disallow claim. |
| 9. | Guy Benoit | $250,000.00 | This claim was filed late as an unsecured claim.<br>RECOMMENDATION: Allowed as a late-filed Proof of Claim. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was filed using CM/ECF and served on September 24, 2021:

(i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case and (ii) via First Class U.S. Mail on the parties on the attached Service List.

                                          Moffa & Bierman
                                          Attorneys for the Debtor-In-Possession
                                          3081 E Commerical Blvd., Suite 204
                                          Fort Lauderdale, FL 33308
                                          Telephone   954-634-4733
                                          FAX            954-337-0637
                                          E-Mail: john@moffa.law

                                 By: _/s/ John A. Moffa_
                                     John A. Moffa
                                     FBN 0932760

**Service List**
CRSJ, Inc.
18320 NE 1st Court
Miami, FL 33179

Christopher Nealy
c/o Reginald A. Mathis, Esq.
Reginald A. Mathis, LLC
303 SW 6th St., FL 3 PH East
Fort Lauderdale, FL 33315-1027

Allen Pinder
c/o Reginald A. Mathis, Esq.
Reginald A. Mathis, LLC
303 SW 6th St., FL 3 PH East
Fort Lauderdale, FL 33315-1027

Guy Benoit
c/o David Nunez
135 San Lorenzo Ave., Suite 620
Coral Gables, FL 33145