

ORDERED in the Southern District of Florida on October 29, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In Re:
A & S ENTERTAINMENT, LLC            Case Number 21-14020-RAM
dba The Office                      Chapter 11

       Debtor.
_____/

### ORDER SUSTAINING THE DEBTOR-IN-POSSESSION'S OBJECTIONS TO CLAIMS #7 THROUGH #9

THIS MATTER came before the Court without a hearing upon the filing of the Debtor-In-Possession's Objections to Claims #7 through #9 filed on September 24, 2021 [ECF #88].  No written responses contesting these Objections have been received and the Court having reviewed the Objections and noting that the time for filing a Response has passed, it is

**ORDERED AND ADJUDGED**

1. The Debtor-In-Possession's Objection to Claim #7 of Christopher Nealy is **SUSTAINED**. The claimant has relief from the automatic stay to pursue any claim it may have against the insurance company, but shall have no claim in this Bankruptcy case. Claim #7 is **DISALLOWED.**

2. The Debtor-In-Possession's Objection to Claim #8 of Allen Pinder is **SUSTAINED**. The claimant has relief from the automatic stay to pursue any claim it may have against the insurance company, but shall have no claim in this Bankruptcy case. Claim #8 is **DISALLOWED**.

3. The Debtor-In-Possession's Objection to Claim #9 of Guy Benoit is **SUSTAINED**. Claim #9 is entitled to treatment as a **late filed Proof of Claim.**

###

Submitted by:

John A. Moffa, Esq.
FBN 0932760
Moffa & Bierman
380 E Commercial Blvd.
Suite 204
Fort Lauderdale, FL 33308
Email:  john@moffa.law
Phone:  954-634-4733

Cc:  John Moffa shall serve a copy of the signed order on all parties entitled to service thereof and file with the court a certificate of service.