IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO. 21-14020-RAM
A & S ENTERTAINMENT, LLC,
dba THE OFFICE,
Debtor.
_____/

**CREDITOR KELSIE BLASH'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d) ON NEGATIVE NOTICE**

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

Creditor Kelsie Blash (hereafter "Blash"), by and through undersigned counsel, files this Agreed Motion for Relief from the Automatic Stay on Negative Notice, alleging as follows:

1. On April 27, 2021, Debtor A & S Entertainment, LLC (hereafter "Debtor") filed a petition for Chapter 11 bankruptcy and commenced these current proceedings under Case No. 21-14020-RAM.

2. On July 4, 2021 Creditor Kelsie Blash filed a timely proof of claim (Claim #5) in the bankruptcy case asserting claims for negligent security, false imprisonment, battery, negligent supervision, breach of oral contract, and related claims, and in support thereof submitted with the proof of claim the Second Amended Complaint filed in Case No. 2018-014849-CA-01 filed prepetition in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

3. The proof of claim seeks damages against Debtor for negligence of its employees and bouncer. The claims asserted by Blash are at least partly covered and insured by AIX Specialty Insurance Company/The Hanover Insurance Group, Policy Number Z1JA16388302. Debtor's claim with its insurer regarding Blash has been assigned Claim No. 19-00228769. [See Exhibit

1

A- AIX Insurance Policy, including an "Assault & Battery" liability cap of $25,000] [See Exhibit B- Acknowledgment of Claim].

4. Debtor filed an objection to Blash's proof of claim on September 24, 2021 [ECF #87]. The deadline to respond to the objection, pursuant to this Court's rule on negative notice, was October 25, 2021. On said date, Blash filed a reply to the claim seeking for the claim to be allowed as filed. On December 13, 2021, the Court entered an Agreed Order allowing Mr. Blash's claim in the amount of $500,000. The insurance liability cap of $25,000 falls well within the amount of the claim allowed by the bankruptcy court.

5. In order to pursue the maximum relief possible in pursuit of Blash's claim, and ensure the claim is paid, Blash seeks relief from the automatic stay for the purposes of continuing pursuit of legal relief against the proceeds of Debtor's insurance coverage and its insurer The Hanover Insurance Group and AIX Specialty Insurance Company through Case No. 2018-014849-CA-01 in the Eleventh Judicial Circuit of Miami-Dade County.

6. This motion is being filed for cause pursuant to 11 U.S.C. §362(d)(1). Continuing to pursue relief against Debtor's insurance proceeds outside of the bankruptcy, while the bankruptcy case is pending, will maximize the possible relief accorded to both Debtor and Blash in this proceeding. Further, pursuing this relief will not interfere with Debtor's attempt to reorganize under Chapter 11 of the Bankruptcy Code or prejudice the Debtor. See *In re: OES Environmental, Inc.*, 319 B.R. 266 (Bankr. M.D.Fla. 2004); *In re Scott Wetzel Servs., Inc.*, 243 B.R. 802 (Bankr. M.D. Fla. 1999) ; and *In re CHS Elecs., Inc.*, 261 B.R. 538 (Bankr. S.D. Fla. 2001).

7. Blash has secured the agreement of Debtor's counsel for relief from the stay, and Debtor has consented to this motion.

WHEREFORE, Creditor Kelsie Blash requests that the Honorable Court grant relief from the automatic stay solely as to pursuit of all claims (and any related claims) specified in Claim No. 5 against the proceeds of Debtor's insurance policy with AIX Specialty Insurance Company and The Hanover Insurance Group, Inc., and for such other and further relief as this Honorable Court deems proper.

DATED this 28th day of January, 2022.

                    Respectfully submitted,

/s/Philip Bartlett
Philip Bartlett, Esq.
Florida Bar No. 0045318
Bartlett Legal, PLLC
201 South Biscayne Boulevard
28th Floor
Miami, FL 33131
(305) 998-7504 (telephone)
(888) 389-2037 (facsimile)
phil@bartlegal.com (e-mail)
Attorney for Creditor,
Kelsie Blash

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via this Court's CM/ECF electronic filing system or via United States first class mail upon the following interested parties this 28th day of January, 2022:

Debtor A & S Entertainment, LLC dba "The Office", 250 NE 183rd Street, Miami, FL 33179

Attorney for Debtor A & S Entertainment, LLC dba "The Office", John Moffa, Esq., Moffa & Bierman, 3081 E Commercial Boulevard, Suite 204, Fort Lauderdale, FL 33322

Subchapter V Bankruptcy Trustee, Aleida Martinez-Molina, 2121 NW 2nd Avenue, Suite 201, Miami, FL 33127

Attorney for the United States Trustee, Steven D. Schneiderman, Esq., 51 SW 1st Avenue, #1204, Miami, FL 33130

AIX Specialty Insurance Company, 2 Waterside Crossing, Suite 400, Windsor, CT 06095

The Hanover Insurance Group, Inc. 440 Lincoln Street, Worcester, MA 01653

/s/Philip Bartlett
Philip Bartlett, Esq.
Florida Bar No. 0045318