# EXHIBIT A



# Florida Face Page

**Insured's Name**: Office, The; A&S Entertainment, LLC DBA

**Policy Number**: Z1JA16388302

**UMR Number**:

**Policy Dates**: 11/22/2015 **to** 11/22/2016

**Surplus Lines Agent's Name**: Alan S. Goldfarb

**Surplus Lines Agent's Address**: 510 Vonderburg Drive Suite 214, Brandon, FL 33511

**Surplus Lines Agent's License Number**: A099212

**Producing Agent's Name**: Frank Pettineo

**Producing Agent's Physical Address**: 2430 East Commercial Boulevard  Fort Lauderdale, FL 33308

**"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.  PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."**

## "SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

**Premium**: $26,250.00

**TRIA/Terrorism**:  REJECTED

**Fees**:
Policy Fee  $35.00

**Taxes**:
Surplus Lines Tax  $1,314.25
Service Office Fee  $46.00
DEM EMPA Surcharge  $4.00

**Total Cost**: $27,649.25

**Surplus Lines Agent's Countersignature**:

_____  **"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**

__x___  **"THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**



# COMMERCIAL LINES POLICY
# COMMON DECLARATIONS

| Coverage is Provided in the following Company: **AIX Specialty Insurance Company** |
|---|

Z1J A163883 01

**Renewal of Number**

| POLICY NUMBER | POLICY PERIOD | | | AGENCY CODE |
|---|---|---|---|---|
| Z1J A163883 02 | FROM | TO | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN BELOW | 5009543 |
| | 11/22/2015 | 11/22/2016 | | |

| NAMED INSURED AND MAILING ADDRESS | |
|---|---|
| A & S ENTERTAINMENT LLC<br>DBA: THE OFFICE<br>250 NE MIAMI GARDENS DR<br>Miami, FL 33179 | RT Specialty LLC - 5009543<br>510 Vonderburg Dr, Ste 214<br>Brandon, FL 33511 |

**DESCRIPTION OF BUSINESS**

Form of Business

☐Individual  ☐Corporation  ☐Partnership  ☒Limited Liability Company  ☐ Organization (Other)

Business Description:

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| ▪ Commercial Property Coverage Part…………………………………………………… | $ 3,000.00 |
| ▪ Commercial General Liability Coverage Part………………………………………… | $ 15,000.00 |
| ▪ Commercial Crime Coverage Part……………………………………………………… | $ |
| ▪ Commercial Inland Marine Coverage Part…………………………………………… | $ |
| ▪ Boiler and Machinery Coverage Part………………………………………………… | $ |
| ▪ Liquor Liability Coverage Part………………………………………………………… | $ 8,250.00 |
| ▪ Terrorism Premium……………………………………………………………………… | $ |
| ▪ Inspection Fee…………………………………………………………………………… | $ |

PREMIUM

Prepaid **–** The total annual premium of $ 26,250.00          is due at inception.

| Audit Period: Non-Auditable Unless Indicated by☒   ☒Annual   ☐Semi-Annual   ☐Quarterly   ☐Monthly   ☐Other: |
|---|

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



# COMMERCIAL LINES POLICY
# FORMS AND ENDORSEMENT SCHEDULE

| POLICY NUMBER | Coverage is Provided in the following Company: |
|---|---|
| Z1J A163883 02 | AIX Specialty Insurance Company |

| Form Number | Form Title |
|---|---|
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| IL P 001 01 04 | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS |
| 801-0077 06 13 | RETAINED PREMIUM ENDORSEMENT |
| 801-0136 08 15 | SERVICE OF SUIT CLAUSE |
| 801-0094 06 13 | FL SURPLUS LINES NOTICE |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 02 55 02 12 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| 401-1126 01 15 | NOTICE - REJECTION OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM |
| IL 09 53 01 15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| AIL0016613 | IN WITNESS CLAUSE |
| 801-0133 06 13 | POLLUTION EXCLUSION (PROPERTY) |
| 801-0134 06 13 | ASBESTOS EXCLUSION |
| 801-0135 06 13 | ABSOLUTE MOLD EXCLUSION (PROPERTY) |
| CP 00 10 10 12 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 04 11 10 12 | PROTECTIVE SAFEGUARDS |
| CP 10 30 10 12 | CAUSES OF LOSS - SPECIAL FORM |
| CP 12 11 10 00 | BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS |
| IL 09 35 07 02 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| 801-0010 06 13 | ASSAULT AND BATTERY LIMITATION - PER OCCURRENCE |
| 801-0018 06 13 | CLASSIFICATION LIMITATION ENDORSEMENT |
| 801-0022 06 13 | LIABILITY INSURANCE DEDUCTIBLE ENDORSEMENT |
| 801-0029 06 13 | EXCLUSION - ASBESTOS |
| 801-0037 06 13 | EXCLUSION - INJURY TO INDEPENDENT CONTRACTORS |
| 801-0038 06 13 | EXCLUSION - INJURY TO PERFORMERS AND PARTICIPANTS |
| 801-0041 06 13 | EXCLUSION - LEAD |
| 801-0043 06 13 | EXCLUSION - PUNITIVE AND EXEMPLARY DAMAGE |
| 801-0053 06 13 | FIREARMS EXCLUSION |
| 801-0065 06 13 | MIN AND DEPOSIT PREMIUM ENDORSEMENT |
| 801-0072 06 13 | PREMIUM BASIS ENDORSEMENT |
| 801-0083 06 13 | SUBSIDENCE EXCLUSION |

| Form Number | Form Title |
|---|---|
| 801-0130 06 13 | SPECIFIED DRY WALL MATERIAL EXCLUSION |
| 801-0161 05 14 | DEDUCTIBLE LIABILITY INSURANCE |
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 00 33 04 13 | LIQUOR LIABILITY COVERAGE FORM |
| CG 00 68 05 09 | RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |
| CG 20 13 04 13 | ADDITIONAL INSURED - STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION - PERMITS OR AUTHORIZATIONS RELATING TO PREMISES |
| CG 21 32 05 09 | COMMUNICABLE DISEASE EXCLUSION |
| CG 21 44 07 98 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG 21 46 07 98 | ABUSE OR MOLESTATION EXCLUSION |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 49 09 99 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG 21 53 01 96 | EXCLUSION - DESIGNATED ONGOING OPERATIONS |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 75 06 08 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 24 01 12 04 | NON-BINDING ARBITRATION |
| CG 24 26 04 13 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CG 28 06 01 96 | LIMITATION OF COVERAGE TO INSURED PREMISES (FOR USE WITH LIQUOR POLICIES) |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS**

| POLICY NUMBER | POLICY PERIOD | | |
|---|---|---|---|
| Z1J A163883 02 | FROM | TO | AT 12:01 AM STANDARD TIME AT YOUR MAILING |
| | 11/22/2015 | 11/22/2016 | ADDRESS SHOWN BELOW |

**DESCRIPTION OF PREMISES**

PREM. NO.    BLDG. NO.    LOCATION

1          1          250 NE MIAMI GARDENS DR  , Miami, FL 33179

**COVERAGES PROVIDED**    Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Cause Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 1 | 1 | Building | $300,000 | Special | 90% |
| 1 | 1 | Contents | $300,000 | Special | 90% |

**OPTIONAL COVERAGES**    Applicable Only When Entries Are Made In The Section Below    + IF EXTRA EXPENSE, LIMITS ON LOSS PAYMENT

| | | | Agreed Value | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Expiration Date | Coverage | | Amount | Building | Pers. Prop. | Including "Stock" |
| 1 | 1 | | | | | X | | |
| 1 | 1 | | | | | | X | |

**INFLATION GUARD (PERCENTAGE)**

| Prem. No. | Bldg. No. | Building | Personal Property | ++ MONTHLY LIMIT OF INDEMNITY (fraction) | +MAXIMUM PERIOD OF INDEMNITY (X) | ++ EXTENDED PERIOD OF INDEMNITY (days) |
|---|---|---|---|---|---|---|
| 1 | 1 | N/A | N/A | | | |

**MORTGAGEHOLDERS**

Prem. No. Bldg. No.    Mortgageholder Name And Mailing Address

**DEDUCTIBLE:**    $1,000
**TOTAL PREMIUM FOR THIS COVERAGE PART:**        $3,000

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS**

| POLICY NUMBER | POLICY PERIOD | | |
|---|---|---|---|
| Z1J A163883 02 | FROM | TO | AT 12:01 AM STANDARD TIME AT YOUR MAILING |
| | 11/22/2015 | 11/22/2016 | ADDRESS SHOWN BELOW |

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | 2,000,000 | |
| Products-Completed Operations Limit | 1,000,000 | |
| Personal Advertising Injury Limit | 1,000,000 | |
| Each Occurrence Limit | 1,000,000 | |
| Damage to Premises Rented to You Limit | 50,000 | Any one premises |
| Medical Expense Limit | 1,000 | Any one person or organization |

**RETROACTIVE DATE (CG 00 02 ONLY)**

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:

**ALL PREMISES YOU RENT, OWN OR OCCUPY**

PREM. NO.    BLDG. NO.    LOCATION

1                                   250 NE MIAMI GARDENS DR  , Miami, FL 33179

**GENERAL LIABILITY SCHEDULE**

| PREM. NO. | BLDG. NO. | Classification / Description | CODE. NO. | Premium Basis | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Pr/Ops | All Other | Pr/Ops | All Other |
| 1 | | Nightclubs, Cabarets and Comedy Clubs | 15656+ | Included Sales | .000 | | Included | Included |
| 1 | | Restaurants-alcohol 75% or more-with tables w/o dance floor table service | 16930 | 600,000 Sales | 24.000 | 1.000 | $14,400 | $600 |
| | | CG 20 13 04 13 - State or Governmental Agency or Subdivision or Political Subdivision - Permits or Authorizations Relating to Premises | | | | | Included | |

| | |
|---|---|
| **Total Advance Premium:** | **$15,000** |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**LIQUOR LIABILITY**
**COVERAGE PART DECLARATIONS**

| POLICY NUMBER | POLICY PERIOD | | |
|---|---|---|---|
| Z1J A163883 02 | FROM | TO | AT 12:01 AM STANDARD TIME AT YOUR MAILING |
| | 11/22/2015 | 11/22/2016 | ADDRESS SHOWN BELOW |

**LIMITS OF INSURANCE**

| | |
|---|---|
| Each Common Cause Limit | 1,000,000 |
| Aggregate Limit | 1,000,000 |

**RETROACTIVE DATE (CG 00 38 ONLY)**

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:

**CLASSIFICATION AND PREMIUM**

| Classification / Description | CODE. NO. | Premium Base | | Rate | Advance Premium |
|---|---|---|---|---|---|
| Liquor Liability - Restaurants, Taverns, Hotels, Motels, including package sales | 58161 | 500,000 | Sales | 16.5 | $8,250 |
| | | | **Total Advance Premium:** | | **$8,250** |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**COMMERCIAL LINES POLICY
SCHEDULE OF LOCATIONS**

| POLICY NUMBER | POLICY PERIOD | | |
|---|---|---|---|
| Z1J A163883 02 | FROM | TO | AT 12:01 AM STANDARD TIME AT YOUR MAILING |
| | 11/22/2015 | 11/22/2016 | ADDRESS SHOWN BELOW |

| PREM. NO.   BLDG. NO. | LOCATION |
|---|---|
| 1 | 250 NE MIAMI GARDENS DR  , Miami, FL 33179 |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART

**SCHEDULE**

| Minimum Earned Premium | $ 6,563 |
|---|---|

*(Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.)*

If this insurance is cancelled by you or us for any reason, and the actual earned premium as calculated by us is less than the sum specified in the Schedule above, we shall retain the amount specified above.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS NOTICE IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT, AS AMENDED. THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THIS POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# NOTICE – REJECTION OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM

**Schedule**

| REJECTION STATEMENT |
| --- |
| You have rejected the offer of terrorism coverage.  You understand that an **exclusion** for certain terrorism losses will be made part of your policy. |
| **Disclosure of Premium:** |
| Total Terrorism Premium                                     $ 0 |
| Fire Following Premium                                       $ 0 |
| Other than Fire Following Premium                      $ 0 |
|  |

You have rejected coverage for "acts of terrorism," as defined in Section 102(1) of the Terrorism Risk Insurance Act ("Act") and an exclusion will be included in your policy. You are hereby notified that under the Act, as amended in 2015, the definition of "act of terrorism" is:

> Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In your state, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is described as Fire Following Premium in the Schedule above.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL PROPERTY**
**CP 04 11 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 1 | 1 | P-1 |
|  |  |  |
|  |  |  |

**Describe Any "P-9":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL PROPERTY**
**CP 12 11 10 00**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE\***

| Premises No. | Building No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | BR-1 |

**Describe any "BR-4":**

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the **Commercial Property** Conditions:

**BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices and/or services listed in the Schedule above.

**2.** The protective safeguard(s) to which this endorsement applies are identified by the following symbols:

**a.** "BR-1" Automatic Burglary Alarm, protecting the entire building, that signals to:

**(1)** An outside central station; or

**(2)** A police station.

**b.** "BR-2" Automatic Burglary Alarm, protecting the entire building, that has a loud sounding gong or siren on the outside of the building.

**c.** "BR-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d.** "BR-4" The protective safeguard described in the Schedule.

**B.** The following is added to the **Exclusions** section of the Causes Of Loss – Special Form:

**BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

We will not pay for loss or damage caused by or resulting from theft if, prior to the theft, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# ASSAULT AND BATTERY LIMITATION – PER OCCURRENCE

This endorsement modifies insurance provided under the:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

### SCHEDULE

| |
| --- |
| **Assault and Battery Each Occurrence Limit:** $ 25,000 |
| **Assault and Battery Aggregate Limit:** $ 25,000 |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

**A.** The combined Limits of Insurance provided by your COMMERCIAL GENERAL LIABILITY COVERAGE PART and LIQUOR LIABILITY COVERAGE PART for "bodily injury", "property damage", "personal and advertising injury", and "injury" arising out of "assault and battery" are subject to the Assault and Battery Each Occurrence Limit and the Assault and Battery Aggregate Limit as described in Paragraph **B.** of this endorsement.

**B.**

**1.** The Assault and Battery Each Occurrence Limit set forth in the SCHEDULE above is the most we will pay under both Coverage Parts to which this endorsement applies for the sum of:

**a.** All damages under **SECTION I – COVERAGES, COVERAGE A AND COVERAGE B.** of your Commercial General Liability Coverage Form; and

**b.** All damages under **SECTION I – COVERAGES, LIQUOR LIABILITY COVERAGE** because of all "bodily injury", "property damage", "personal and advertising injury" and "injury" arising out of any one "occurrence" or "occurrence" and/or offense of an "assault and battery".

Any series of related incidents of "assault and battery" such as a battery involving multiple blows, an altercation involving multiple participants, a battery and false imprisonment, or any combination thereof, shall be deemed to be a single "occurrence" or "occurrence" for purposes of the Assault and Battery Each Occurrence Limit, regardless of the number of persons that have sustained "injury" or the number of persons that have been sold, served, or furnished an alcoholic beverage or beverages.

**2.** The Assault and Battery Aggregate Limit shown in the SCHEDULE above of this endorsement is the most we will pay under both Coverage Parts to which this endorsement applies for the sum of:

**a.** All damages under **SECTION I – COVERAGES, COVERAGE A. and Coverage B.;** and

**b.** All damages under **SECTION I – COVERAGES, LIQUOR LIABILITY COVERAGE** arising out of all claims or "suits" for "assault and battery".

**3.** Any damages payable under this endorsement shall be included within and reduce:

**a.** the Each Occurrence Limit or Personal and Advertising Injury Limit; and

**b.** the General Aggregate or Products-Completed Operations Aggregate, of the COMMERCIAL GENERAL LIABILITY COVERAGE PART, as applicable; or

**c.** the Each Common Cause Limit and Aggregate Limit of the LIQUOR LIABILITY COVERAGE PART.

**C.** The following definition is added to **SECTION V – DEFINITIONS:**

"Assault and battery" means:

**a.** a threat of bodily violence or harm to a person, or an attempt to do such violence or harm;

**b.** an uninvited use of any physical force on a person including, but not limited to, beating or offensive touching;

**c.** false arrest, detention or imprisonment; or

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# LIABILITY INSURANCE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

<strong>SCHEDULE</strong>

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | **Per Claim** | **Per Occurrence** |
| Bodily Injury Liability, or; | $ | $ |
| Property Damage Liability, or; | $ | $ |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 2,500 | $ |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**THE DEDUCTIBLE AMOUNT SHALL ALSO INCLUDE ALL ALLOCATED EXPENSES, INCLUDING LEGAL EXPENSES, INCURRED BY THE COMPANY IN THE INVESTIGATION, NEGOTIATION, SETTLEMENT AND DEFENSE OF ANY CLAIM OR SUIT SEEKING DAMAGES.**

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1. Per Claim Basis**

    If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

      **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

      **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

      **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

    as the result of any one "occurrence".

    If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

    With respect to "property damage", person includes an organization.

    **2. Per Occurrence Basis**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE PART

## SCHEDULE

| Location: 250 NE Miami Gardens Dr., Miami, FL 33179 | | |
|---|---|---|
| Coverage | **Amount and Basis of Deductible** | |
| | **Per Claim** | **Per Common Cause** |
| Liquor Liability | $ 2,500 | $ |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

| APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for "injury", however caused): |
|---|
| **THE DEDUCTIBLE AMOUNT SHALL ALSO INCLUDE ALL ALLOCATED EXPENSES, INCLUDING LEGAL EXPENSES, INCURRED BY THE COMPANY IN THE INVESTIGATION, NEGOTIATION, SETTLEMENT AND DEFENSE OF ANY CLAIM OR SUIT SEEKING DAMAGES.** |
| |
| |
| |

**A.** Our obligation under the Liquor Liability Coverage to pay damages on your behalf applies only to the amount of damages in excess of any deductible amount stated in the Schedule above.

**B.** You may select a deductible amount on either a per claim or a per common cause basis. Your selected deductible applies to the Liquor Liability Coverage and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1. Per Claim Basis.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies under Liquor Liability Coverage, to all "injuries" sustained by any one person or organization.

    **2. Per Common Cause Basis.** If the deductible amount indicated in the Schedule above is on a per common cause basis, that deductible amount applies under Liquor Liability Coverage to all damages because of "injury"

as the result of the selling, serving or furnishing of any alcoholic beverage to any one person, regardless of the number of persons or organizations who sustain damages.

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suit" seeking those damages; and

    **2.** Your duties in the event of an "injury", claim or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claims or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 13 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS RELATING TO PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **State Or Governmental Agency Or Subdivision Or Political Subdivision:** |
|---|
| City of Jacksonville |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured any state or governmental agency or subdivision or political subdivision shown in the Schedule, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**1.** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**2.** The construction, erection or removal of elevators; or

**3.** The ownership, maintenance or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Premises:**<br>250 NE Miami Gardens Drive, Miami FL 33179 |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal  and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2. The project shown in the Schedule.

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 53 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Designated Ongoing Operation(s):**
Mechanical Bull

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in  the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**CG 21 53 01 96**          Copyright, Insurance Services Office, Inc.,  1994          **Page 1 of 1**          ☐

POLICY NUMBER: Z1J A163883 02

**COMMERCIAL GENERAL LIABILITY**
**CG 28 06 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO INSURED PREMISES

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of "Insured Premises":**
Cabaret
250 NE Miami Gardens Drive
Miami, FL 33179

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** This insurance only applies to damages arising out of your "insured premises".

**B.** The following definition is added to the DEFINITIONS Section:

"Insured premises" means:

**1.** The premises shown in the Schedule; and

**2.** Any premises you acquire during the policy period for use in manufacturing, distributing, selling, serving or furnishing alcoholic beverages if:

**a.** You notify us within 30 days after the acquisition, and

**b.** You have no other valid and collectible insurance applicable to the loss.

# A*i*x Specialty Insurance Company

**In Witness Whereof, Aix Specialty Insurance Company has executed and attested these presents, and where required by law, has caused this Policy to be countersigned by its duly authorized Representative.**

Charles Frederick Cronin
Corporate Secretary

Frederick H. Eppinger
President

**Page 1 of 1**

AIL00160613