**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE DIVISION**

In re:

A & S ENTERTAINMENT, LLC

Case No.: 21-14020-RAM
Chapter 11

Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW*

The amended plan filed by A & S ENTERTAINEMENT, LLC on November 1, 2021, be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for creditor (insert your name here) __Tanise Tassy Athill__
for the following type of claim placed in the indicated class in the indicated amount
(Check the appropriate box and fill out the balance of the form)

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ General Secured | 4 | $ |
| ☒ General Unsecured | 3 | $ 500,000 |
| ☐ Landlord | 2 | $ |
| ☐ Equity Security Holder | 5 | Membership Interests |

The undersigned [Check One Box]        ☐ Accepts        ☒ Rejects
the plan for reorganization of the above-named debtor.

Signed: *Tan Athill*
Print Name: Tanise Athill
Address: 3320 NW 17th Ct   Lauderhill Fl 33311
Phone:
Date: 2/15/22

★★★ FILE THIS BALLOT ON OR BEFORE NOVEMBER 25, 2021 ★★★

Page 1 of 2

with:  Clerk of Bankruptcy Court, 301 N. Miami Ave., Room 150, Miami, FL 33128.

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote.  Contact the plan proponent regarding incorrect or insufficient ballot(s).**