# Exhibit "B"

22

```
 1      Q.   Sure.  Did you help develop the plan of
 2   reorganization filed in this case?
 3      A.   Yes, I did.
 4      Q.   Who is to receive the $10,000 a month management
 5   fee?
 6      A.   Well, it would be for expenses incurred by A&S for
 7   loan repayments, and Claudette and myself potentially.
 8      Q.   What is a loan repayment?  Can you explain that to
 9   me?
10      A.   Well, we -- A&S currently has outstanding
11   obligations as far as the loan is concerned.  So some of
12   that money would go towards repaying the loan.
13      Q.   Okay.  What loan are we talking about?
14      A.   It's a loan that was taken out to cover a
15   settlement between CRSJ and A&S.
16      Q.   Okay.  Who provided the loan?
17      A.   A private lender.
18      Q.   And who is the private lender?
19           MR. MOFFA:  I'm going to object to this.  As
20      the actual --
21           MR. PERLMAN:  John -- John, please don't.
22           MR. MOFFA:  I'm objecting.  This is -- this is
23      outside the scope of a 2004.  I know she said the
24      loan was to --
25           MR. PERLMAN:  John, don't testify, please.
```

23

1              MR. MOFFA:  But it's --
2              MR. PERLMAN:  John --
3              MR. MOFFA:  I'm going to instruct her not to
4       answer.
5    BY MR. PERLMAN:
6       Q.   Who is the private lender to A&S that is being
7    paid under the plan that has been described?
8              MR. MOFFA:  I'm going to object to the extent
9       that it is not for A&S.  But if she knows about
10      anything that A&S is obligated, then she can answer
11      that part.
12   BY MR. PERLMAN:
13      Q.   Can you please explain to me who the private
14   lender is?  Let's start with that.  Ms. Jones?
15      A.   Should I answer?
16             MR. MOFFA:  If there was a lender to A&S, yes.
17      If there was a lender to somebody other than A&S,
18      then no.
19             THE WITNESS:  Okay.  Well --
20   BY MR. PERLMAN:
21      Q.   How much was the loan that we're talking about?
22      A.   I'm going to not answer on -- I'm not going to
23   answer, because I believe that I'm confusing the loan
24   being for A&S versus it being a personal loan.
25             MR. MOFFA:  To that extent then, I object if