

ORDERED in the Southern District of Florida on March 7, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI-DADE DIVISION

In re:  
 A & S ENTERTAINMENT, LLC

Case No.: 21-14020-RAM  
Chapter 11

_____Debtor_____/

## ORDER DENYING MOTION TO DISMISS

THIS MATTER came before the court for hearing on February 25, 2022, at 1:30 p.m., upon Creditor CRSJ, Inc.'s Motion to Dismiss [ECF #125].  The Court has reviewed the motion and the response filed by the Debtor [ECF #152] and being advised of the agreement reached between the parties and memorialized in the Motion to Compromise Controversy, Granted by the Court at the same hearing date and time prior to this matter being heard.  Accordingly, it is:

**ORDERED**

1. The Motion to Dismiss is **DENIED** as **MOOT based on the approval of the Settlement Agreement [ECF 181]**.

###

Submitted by:
John A. Moffa, Esq.
FBN 0932760
380 E Commercial Blvd.
Suite 204
Fort Lauderdale, FL 33308
Email:  john@moffa.law
Phone: 954-634-4733

cc: John Moffa shall serve a copy of the signed order on all parties entitled to service.